IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

VINCENT BROOKS,

     Appellant,

 v.
                            Case No. 5D23-579
                            LT Case No. 1990-CF-006731-A

STATE OF FLORIDA,

     Appellee.

_____/

Decision filed April 18, 2023

3.850 Appeal from the Circuit Court
for Duval County,
Meredith Charbula, Judge.

Vincent Brooks, Raiford, pro se.

No Appearance for Appellee.


PER CURIAM.

     AFFIRMED.


EDWARDS, HARRIS and BOATWRIGHT, JJ., concur.